MARY BANNISTER, Respondent, *v.* THE WEST END BREW-
ING COMPANY, Appellant.

*Bannister* v. *West End Brewing Co.*, 139 App. Div. 921, affirmed.
(Submitted May 6, 1912; decided May 21, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 6, 1910, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for an alleged breach of covenants in a lease.

*James Coupe* and *Henry F. Coupe* for appellant.

*Borden D. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.